UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT
------------------------------------------------------------X
COMMERCIAL UNION INSURANCE
COMPANY,

          Plaintiff,

 -against-

FRANKLIN LORD and SHARON SHUMAN

          Defendants.
------------------------------------------------------------X

Civil No. 3:03 CV 1046 (AWT)

**NOTICE OF MOTION**

March 26, 2004

**PLEASE TAKE NOTICE** that the plaintiff, COMMERCIAL UNION INSURANCE COMPANY moves upon all the Pleadings herein, the annexed Affidavit, the annexed Local Rule 56(a)1 Statement and accompanying Memorandum of Law for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure declaring the policy No. CPJ E00752 issued by Commercial Union Insurance Company is void ab initio on the grounds that material nondisclosure of fact and material misrepresentations were made by the defendants during the underwriting process which induced the plaintiff, Commercial Union Insurance Company, to insure the WANDERLUST and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      March 26, 2004

                  THE PLAINTIFF,
                  COMMERCIAL UNION INSURANCE COMPANY

              By: _____
                  David R. Hornig, Esq.
                  CT Bar No.: ct06120
                  NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
                  Wall Street Plaza, 88 Pine Street, 7th Floor
                  New York, New York 10005-1801
                  Telephone No.: (212) 220-3838
                  Telefax No.: (212) 220-3784
                  (FILE NO.: 10000379 DRH

## CERTIFICATION OF SERVICE

This is to certify that the foregoing NOTICE OF MOTION was mailed and/or faxed on this date to the following:

James J. Schultz, Esq.
LAW OFFICES OF JAMES J. SCHULTZ
164 Belridge Road
New Britain, Connecticut 06053

Robert K. Marzik, Esq.
LAW OFFICES OF
  ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

FRANKLIN LORD, *Pro Se*
177-A Bimini Drive
Palmetto, Florida 34221

Dated: New York, New York
       March 26, 2004

_____
DAVID R. HORNIG
CT Bar No.: ct06120

X:\Public Word Files\1\379\Legal\CERTIFICATE OF SERVICE2-DRH.md.doc