UNITED STATES DISTRICT COURT
FOR THE
DISTRICT COURT OF CONNECTICUT

-------------------------------------------------------------X

COMMERCIAL UNION INSURANCE
COMPANY,                                                                  Civil No. 3:03 CV 1046 (AWT)

                Plaintiff,
                                                                          **NOTICE OF**
    -against-                                                        **MANUAL FILING**

FRANKLIN LORD and SHARON SHUMAN

                Defendants.

-------------------------------------------------------------X

        PLEASE TAKE NOTICE, that plaintiff Commercial Union Insurance Company is manually filing the exhibits attached to the Affidavit of David R. Hornig. The exhibits consist of the following:

        Exhibit 1   -   Complaint;

        Exhibit 2   -   Answer;

        Exhibit 3   -   Transcript of Franklin Lord's deposition;

        Exhibit 4   -   Transcript of Sharon Shulman's deposition;

        Exhibit 5   -   Transcript of Salvatore Messina's deposition; and

Exhibit 6 - Copy of the IMIS application.

Dated: New York, New York
March 26, 2004

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
Attorneys for Plaintiff,
COMMERCIAL UNION INSURANCE COMPANY

By: _____
David R. Hornig, Esq.
CT Bar No.: ct06120
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone No.: (212) 220-3838
Telefax No.: (212) 220-3784
(FILE NO.: 10000379 DRH)

TO:

James J. Schultz, Esq.
LAW OFFICES OF JAMES J. SCHULTZ
164 Belridge Road
New Britain, Connecticut 06053

Robert K. Marzik, Esq.
LAW OFFICES OF ROBERT K. MARZIK, PC
1512 Main Street
Stratford, Connecticut 06615

Franklin Lord, Jr., *Pro se*
177-A Bimini Drive
Palmetto, Florida 34221

X:\Public Word Files\1\379\Legal\NOTICE OF MANUAL FILING.mar.doc

## **CERTIFICATION OF SERVICE**

This is to certify that the foregoing Notice of Manual Filing was mailed on this date to the following:

>James J. Schultz, Esq.
>LAW OFFICES OF JAMES J. SCHULTZ
>164 Belridge Road
>New Britain, Connecticut 06053
>
>Franklin Lord, Jr., *Pro se*
>177-A Bimini Drive
>Palmetto, Florida 34221
>
>Robert K. Marzik, Esq.
>LAW OFFICES OF
>ROBERT K. MARZIK, P.C.
>1512 Main Street
>Stratford, Connecticut  06615

Dated: New York, New York
       March 26, 2004

DAVID R. HORNIG
CT Bar No.: ct06120

X:\Public Word Files\1\379\Legal\CERTIFICATE OF SERVICE-DRH.mar.doc