UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 30 P 1:58
U.S. DISTRICT COURT
HARTFORD, CT.

............................................x

COMMERCIAL UNION INSURANCE
COMPANY

    Plaintiff,

vs.

FRANKLIN LORD and
SHARON SHUMAN

    Defendants.

............................................x

Civil No. 303 CV 1046 AWT

NOTICE OF MANUAL FILING

April 19, 2004

PLEASE TAKE NOTICE, that Defendants Franklin Lord and Sharon Shuman

Are manually filing the exhibits attached to their LOCAL RULE 56(a) 2

STATEMENT. The exhibits consist of the following:

    Exhibit 1 - Complaint;

    Exhibit 2 - Answer;

    Exhibit 3 - Transcript of Franklin Lord's deposition;

    Exhibit 4 - Transcript of Sharon Shuman deposition;

    Exhibit 5 - Transcript of Salvatore Messina's deposition;

    Exhibit 6 - Copy of the IMIS application;

    Exhibit 7 - Copy of James Ofstein Affidavit.

DEFENDANTS BY COUNSEL,

                              James J. Schultz, Esq.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF MANUAL FILING was sent via first class mail, prepaid this 19th day of April, 2004 to the following:

Robert K. Marzik, Esq.
Law offices of Robert
K. Marzik, P.C.
1512 Main Street
Stratford, CT 06615

David R. Hornig
NICOLETTI HORNIG CAMPISE SWEENEY & PAGE
Attorneys at Law
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

Franklin Lord, Pro Se
177-A Bimini Drive
Palmetto, FL 34221

New Britain, CT April 19, 2004

James J. Schultz, Esq.

2

JAMES J. SCHULTZ, ESQ.
Counsellor at Law
164 Belridge Road
New Britain, CT 06053
Fed. Bar CT17043 / Juris No. 308265
Ph: 860 224-7275 / Fx: 860 229-6182
Email: www.Counselor1923@aol.com