UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT
---------------------------------------------------------------X
COMMERCIAL UNION INSURANCE
COMPANY,

               Plaintiff,

-against-

FRANKLIN LORD and SHARON SHUMAN

               Defendants.
---------------------------------------------------------------X

Civil No. 3:03 CV 1046 (AWT)

**NOTICE OF MOTION**

June 11, 2004

**FILED**
2004 JUN 15 A 11: 21
U.S. DISTRICT COURT
HARTFORD, CT.

      **PLEASE TAKE NOTICE** that the plaintiff, COMMERCIAL UNION INSURANCE COMPANY moves upon all the Pleadings herein, the annexed Affidavit of David R. Hornig, the annexed Local Rule 56(a)1 Statement and the accompanying Memorandum of Law for an Order pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7 of United States District Court of Connecticut striking and/or rejecting "Defendants Franklin Lord and Sharon Shuman's Supplemental Memorandum of Law in Opposition to Motion for Summary Motion" dated May 26, 2004 or in the alternative granting the plaintiff, Commercial Union Insurance Company leave to file an affidavit, Memorandum of Law and Local Rule 56(a)1 Statement in response to defendants' Supplemental Memorandum of Law and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 11, 2004

                                                    THE PLAINTIFF,
                                                    COMMERCIAL UNION INSURANCE COMPANY
                                                    By: _____
                                                    David R. Hornig, Esq.
                                                    CT Bar No.: ct06120
                                                    NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
                                                    Wall Street Plaza, 88 Pine Street, 7th Floor
                                                    New York, New York 10005-1801
                                                    Telephone No.: (212) 220-3838
                                                    Telefax No.: (212) 220-3784
                                                    (FILE NO.: 10000379 DRH)

## CERTIFICATION OF SERVICE

This is to certify that the foregoing NOTICE OF MOTION was sent via first-class mail, post pre-paid on the 11th day of June, 2004 to the following:

> James J. Schultz, Esq.
> LAW OFFICES OF JAMES J. SCHULTZ
> 164 Belridge Road
> New Britain, Connecticut 06053
>
> Robert K. Marzik, Esq.
> LAW OFFICES OF
>  ROBERT K. MARZIK, P.C.
> 1512 Main Street
> Stratford, Connecticut 06615
>
> FRANKLIN LORD, *Pro Se*
> 307 Farmholme Road
> Stonington, Connecticut 34221

_____
DAVID R. HORNIG
CT Bar No.: ct06120

X:\Public Word Files\1\379\Legal\CERTIFICATE OF SERVICE-DRH.sa.doc