UNITED STATES DISTRICT COURT
FOR THE
DISTRICT COURT OF CONNECTICUT

FILED

2004 JUN 15  A 11: 21

U.S. DISTRICT COURT

-------------------------------------------------------------X
COMMERCIAL UNION INSURANCE
COMPANY,

                Plaintiff,

-against-

FRANKLIN LORD and SHARON SHUMAN

                Defendants.
-------------------------------------------------------------X

Civil No. 303 CV 1046 AWT.

**LOCAL RULE 56(a) 1 STATEMENT**

June 11, 2004

      Plaintiff, COMMERCIAL UNION INSURANCE COMPANY, by its attorneys, NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE contend that the following facts are undisputed:

      1.    On March 26, 2002, the plaintiff, Commercial Union Insurance Company ("Commercial Union"), served and filed a motion for summary judgment. On April 19, 2004 the defendants, Franklin Lord and Sharon Shuman, served and filed their opposition papers to the motion for summary judgment. On April 28, 2004 Commercial Union filed its reply papers on the motion for summary judgment.

      2.    The defendants never requested, nor did the Court ever grant the defendants leave to file a sur-reply brief or a supplemental memorandum. (Hornig Aff., ¶ 3)

3.  Since the motion for summary judgment was fully submitted to the Court, the defendants have not discovered any new facts unknown to them at the time they submitted their opposing papers and there have been no new decisions or other relevant legal treatises that would have a bearing on the legal issues in this case where Commercial Union is seeking an order declaring the policy Commercial Union issued to Franklin Lord and Sharon Shuman void *ab initio* on the grounds that material misrepresentations were made in connection with the application for insurance. (Hornig Aff., ¶ 3)

4.  Commercial Union never received any Coast Guard documentation for the WANDERLUST from Franklin Lord and Sharon Shuman. (Hornig Aff., ¶¶ 4, 5)

5.  Commercial Union first obtained Coast Guard documentation for the WANDERLUST after the defendants claimed that the vessel was lost on April 29, 2003. (Hornig Aff., ¶¶ 4, 5)

6.  There is no evidence that the engine serial number contained details of its manufacturer or the age of the engine. Franklin Lord testified that he does know the significance, if any, of the letters and numbers in the engine serial number. Franklin Lord knew that the engine on the WANDERLUST was built in 1996 or earlier, nevertheless, the defendants on the application for insurance stated that the engine was a "2000" engine. (Hornig Aff., ¶ 6)

7.  The defendants Franklin Lord and Sharon Shuman in opposition to Commercial Union's motion for summary judgment did not submit any affidavits from officers, employees or other representatives of Kanter Yacht with offices in Ontario, Canada

concerning building cost, pricing of yachts, construction records or standards used by Kanter Yachts. (Hornig Aff., ¶ 8)

Dated:   New York, New York
         June 11, 2004

                    LAW OFFICE OF NICOLETTI HORNIG
                    CAMPISE SWEENEY & PAIGE
                    Attorneys for Plaintiff
                    Commercial Union Insurance Company

By: _____
     David R. Hornig, Esq.
     CT Bar No.: ct06120
     NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
     Wall Street Plaza
     88 Pine Street, 7th Floor
     New York, New York 10005-1801
     Telephone No.: (212) 220-3838
     Telefax No.: (212) 220-3784
     e-mail: dhornig@nicolettihornig.com
     (FILE NO.: 10000379 DRH)

X:\Public Word Files\1\379\Legal\Local Rule 56(a)1 Statement.sa.doc

## CERTIFICATION OF SERVICE

This is to certify that the foregoing LOCAL RULE 56(a) 1 STATEMENT was sent via first-class mail, post pre-paid on the 11th day of June, 2004 to the following:

>James J. Schultz, Esq.
>LAW OFFICES OF JAMES J. SCHULTZ
>164 Belridge Road
>New Britain, Connecticut 06053
>
>Robert K. Marzik, Esq.
>LAW OFFICES OF
> ROBERT K. MARZIK, P.C.
>1512 Main Street
>Stratford, Connecticut 06615
>
>FRANKLIN LORD, *Pro Se*
>307 Farmholme Road
>Stonington, Connecticut 34221

_____
DAVID R. HORNIG
CT Bar No.: ct06120

X:\Public Word Files\1\379\Legal\CERTIFICATE OF SERVICE-DRH.sa.doc