UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT
-----------------------------------------------------------------X
COMMERCIAL UNION INSURANCE
COMPANY,

          Plaintiff,

  -against-

FRANKLIN LORD and SHARON SHUMAN

          Defendants.
-----------------------------------------------------------------X

Civil No. 3:03 CV 1046 (AWT)

**NOTICE OF MOTION**

June 11, 2004

**PLEASE TAKE NOTICE** that the plaintiff, COMMERCIAL UNION INSURANCE COMPANY moves upon all the Pleadings herein, the annexed Affidavit of David R. Hornig, the annexed Local Rule 56(a)1 Statement and the accompanying Memorandum of Law for an Order pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7 of United States District Court of Connecticut striking and/or rejecting "Defendants Franklin Lord and Sharon Shuman's Supplemental Memorandum of Law in Opposition to Motion for Summary Motion" dated May 26, 2004 or in the alternative granting the plaintiff, Commercial Union Insurance Company leave to file an affidavit, Memorandum of Law and Local Rule 56(a)1 Statement in response to defendants' Supplemental Memorandum of Law and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 11, 2004

                                       THE PLAINTIFF,
                                       COMMERCIAL UNION INSURANCE COMPANY
                                       By: _____
                                       David R. Hornig, Esq.
                                       CT Bar No.: ct06120
                                       NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
                                       Wall Street Plaza, 88 Pine Street, 7th Floor
                                       New York, New York 10005-1801
                                       Telephone No.: (212) 220-3838
                                       Telefax No.: (212) 220-3784
                                       (FILE NO.: 10000379 DRH)

*[Handwritten margin annotation:]* GRANTED in part and DENIED in part. The Clerk shall docket the attached affidavit, memorandum of law, and Local Rule 56(a)1 statement. It is so ordered.

Alvin W. Thompson, U.S.D.J.   Hartford, CT   6/19/2004