UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMERCIAL UNION INSURANCE : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 3:03V1046 (DJS) |
| : | |
| FRANKLIN LORD and SHARON SHUMAN : | |
| : | |
| Defendants. : | |

## JUDGMENT

This action having come on for consideration of plaintiff's Motion for Summary Judgment [dkt.#13] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the plaintiff's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of Commercial Union Insurance company as follows:

The insurance policy number CPJ E00752 issued to FRANKLIN LORD and SHARON SHUMAN by COMMERCIAL UNION INSURANCE COMPANY for the period of May 24, 2001 through May 24, 2002, including all endorsements thereto, is null and void, and COMMERCIAL UNION INSURANCE COMPANY has no liability to FRANKLIN LORD and SHARON SHUMAN resulting from the loss of the S/V WANDERLUST.

Dated at Hartford, Connecticut, this 11th day of October 2005.
KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk