FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 NOV -8 P 12: 23

Commercial Union Insurance

v.                    CIVIL CASE NO. 3:03 CV 1046 (AWT)

Franklin Lord + Sharon Schumann

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Franklin Lord__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Franklin Lord__ desires to appeal
(appealing party)
the judgment in this action entered on __10/11/2005__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

My Attorney, James Schultz, Esq. is presently in China, until the end of the year, and I have no way of contacting him.

_____
Signature

Franklin L. Lord, Jr.
Print Name

Franklin L. Lord, Jr.
177A Bimini Dr.
Palmetto, FL 34221
Address

941 722 9305
Telephone Number

Date: 11/6/05

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

THIS IS TO CERTIFY THAT THE FOREGOING FORM WAS SENT FIRST CLASS MAIL POST PREPAID ON THE 6th DAY OF NOVEMBER, 2005 TO THE FOLLOWING

JAMES J. SCHULTZ, ESQ
164 BELRIDGE ROAD
NEW BRITAIN, CT 06053

ROBERT K. MARZIG, ESQ
1512 MAIN ST
STRATFORD, CT. 06615

DAVID R HORNIG, ESQ
NICOLETTI HORNIG CAMPISE SWEENEY + PAIGE
WALL ST. PLAZA
88 PINE ST, 7th FL.
NEW YORK, N.Y. 10005-1801

*Franklin J. Lord Jr.*