**UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

Commercial Union Insurance Company :

        Plaintiff/Appellee,   :     NOTICE OF APPEAL

vs.

                                  CASE NUMBER:  3:03CV1046 (DJS)

Franklin Lord and Sharon Shuman :

        Defendants/Appellants, :

     Notice is hereby given that Defendants/Appellants, Franklin Lord and Sharon Shuman, in the above named case hereby appeal to the United States 2nd Circuit Court of Appeals from the final Judgment of the United States Court for the District of Connecticut entered October 11, 2005, per Judge Dominic J. Squatrito, granting Plaintiff/Appellee's, Commercial Union Insurance Company, Motion for Summary Judgment in this declaratory action. The Court Declared that, Plaintiff/Appellee is excused from liability in the loss of the sailing vessel owned by Defendants/Appellants.

     By Counsel for Defendants/Appellants, Franklin Lord and Sharon Shuman,

January, 4, 2006

                                                    James J. Schultz, Esq.

## JAMES J. SCHULTZ, ESQ.
Counsellor at Law
164 Belridge Road
New Britain, CT 06053
Fed. Bar CT17043 / Juris No. 308265
Ph: 860 224-7275 / Fx: 860 229-6182
Email: www.Counselor1923@aol.com

DISCLOSURE OF PRIOR FEDERAL ACTIONS

If your clients are presently incarcerated, have they ever before brought an action or appeal in a Federal Court while they were incarcerated or detained? ___ Yes  _X_ No    Not applicable

If so, how many times? ___ Not applicable

Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ___ Yes  _X_ No    Not applicable

If so, how many of them? ___    Not applicable

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

By Counsel for Defendants/Appellants, Franklin Lord and Sharon Shuman,

January 4, 2006

_____
James J. Schultz, Esq.

**JAMES J. SCHULTZ, ESQ.**
Counsellor at Law
164 Belridge Road
New Britain, CT 06053
Fed. Bar CT17043 / Juris No. 308265
Ph: 860 224-7275 / Fx: 860 229-6182
Email: www.Counselor1923@aol.com