**MANDATE**

NHCT
03-cv-1046
Squatrito

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

2006 FEB 13 P 2: 18



Date:                    1/31/06
Docket Number:           06-0116-cv
Short Title:             Commercial Union Insurance Company v. Lord
DC Docket Number:        03-cv-1046
DC:                      DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Dominic Squatri

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 31st day of January two thousand six.

Commercial Union Insurance v. Lord                    06-0116-cv

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 10/11/05 United States Court for the Distrcit of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By:  Eniola O. Ajayi
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by

DEPUTY CLERK

CERTIFIED:

11/31/06